Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA GRANATA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ZOETOP BUSINESS CO., LTD., a limited company, individually and doing business as "SHEIN"; SHEIN DISTRIBUTION CORP., a Delaware corporation; ROADGET BUSINESS PTE., LTD, a Singapore entity; SHEIN US SERVICES, LLC, a Delaware corporation; SHEIN TECHNOLOGY, LLC, a Delaware corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:24-cv-03435-AH-MAR<br><u>Hon. Anne Hwang Presiding</u><br><br>**STIPULATION TO DISMISS** |

Plaintiff Cecilia Granata, and Defendants Zoetop Business Co., Ltd., Shein Distribution Corp., Roadget Business Pte, Ltd., Shein US Services, LLC, and Shein Technology, LLC (collectively, the "Parties"), through their respective counsel, hereby stipulate to the dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

SO STIPULATED.

Date: February 13, 2025   By:   _____
Scott Alan Burroughs, Esq.
DONIGER / BURROUGHS
*Attorney for Plaintiff*

Date: February 13, 2025   By:   _____
Scott P. Shaw, Esq.
Merchant & Gould, LLP
*Attorney for Defendant*

The filer attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.